Filing # 110422160 E-Filed 07/17/2020 03:23:15 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

FLORIAN WIMUNC and LANA
WIMUNC,

       Plaintiffs,                          Case No.

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

       Defendant.

_____/

## COMPLAINT

COME NOW the Plaintiffs, FLORIAN WIMUNC and LANA WIMUNC (hereinafter referred to as "Plaintiffs"), and sue Defendant, FAMILY DOLLAR STORES, OF FLORIDA, LLC, a domestic profit corporation, and state as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interests and attorneys' fees (The estimated value of Plaintiffs' claim is in excess of the minimum jurisdictional threshold required by this Court). The actual value of Plaintiffs' claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff, FLORIAN WIMUNC, was a resident of Pasco County, Florida.

[491887/1]

**EXHIBIT A**

3. At all times material hereto, Plaintiff, LANA WIMUNC, was a resident of Pasco County, Florida and the wife of Plaintiff, FLORIAN WIMUNC.

4. At all times material hereto, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, a domestic for-profit corporation, was authorized to do business in the State of Florida and was doing business in Pasco County, Florida.

## COUNT I – NEGLIGENCE

5. Plaintiffs reallege and incorporate by reference, paragraphs 1 through 4, above.

6. At all times material to this cause of action, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, operated premises at 1103 Alt. Highway 19 in Holiday, Pasco County, Florida.

7. At all times material to this cause of action, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, had possession and control of the premises where the incident described in this Complaint occurred.

8. On or about March 1, 2019, at approximately 7:00 p.m., Plaintiff, FLORIAN WIMUNC, was a business invitee on the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC's, premises at 1103 Alt. Highway 19, Holiday, Pasco County, Florida.

9. While on Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC's premises, Defendant owed the following duties to Plaintiff: to provide reasonable care for the safety of Plaintiff, FLORIAN WIMUNC; to maintain the premises in a

[491887/1]

reasonably safe condition; to warn of any dangerous conditions of which it knew or should have known; and to provide safe ingress and egress for persons such as Plaintiff, FLORIAN WIMUNC, to enter and leave the premises.

10. At the aforesaid time, Plaintiff, FLORIAN WIMUNC, was on Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC's, premises, and a dangerous condition existed on said premises. This dangerous condition included but was not limited to

    a. An unpainted parking stop in front of the building which was not readily observable with the use of reasonable care; and

    b. An unlit or dimly-lit parking lot adding to the difficulty in seeing the unpainted parking stop in front of the building.

11. Said unpainted parking stop was a concealed danger and not readily observable to Plaintiff, FLORIAN WIMUNC.

12. Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, breached the duty owed to Plaintiff, FLORIAN WIMUNC, as a business invitee, by committing one or more of the following acts or omissions:

    a. Negligently failing to maintain or adequately maintain the area in and around the unpainted parking stop in front of the building;

    b. Negligently failing to inspect or adequately inspect the area in and around the unpainted parking stop in front of the building;

[491887/1]

c. Negligently failing to warn or adequately warn Plaintiff, FLORIAN WIMUNC, of the dangerous condition when Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, knew or should have known of its existence and when Plaintiff, FLORIAN WIMUNC, was unaware of said dangerous condition;

d. Negligently failing to correct, or adequately correct, the dangerous condition when Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC knew or should have known of its existence;

e. Negligently failing to repair and maintain said premises, which caused or contributed to the existence of the dangerous condition;

f. Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting the premises for dangerous conditions;

g. Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions;

h. Negligently failing to follow its own policy regarding the dangerous condition;

i. Negligently operating its store by not property communicating safety/cleaning/maintenance procedures to its independent contractors, agents, and/or employees that performed FAMILY DOLLAR STORES OF FLORIDA, LLC's safety/cleaning/maintenance functions;

[491887/1]

j. Negligently failing to take actions to reduce, minimize, or eliminate foreseeable risks before they manifested themselves as particular dangerous conditions on the premises;

k. Negligently failing to act reasonably under all the circumstances at our about the time of Plaintiff, FLORIAN WIMUNC's, aforementioned presence at Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC's, store in Holiday, Pasco County, Florida.

13. As a direct and proximate result of Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC's negligence, Plaintiff, FLORIAN WIMUNC, tripped and fell on Defendant's premises, causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

14. The specific manner in which Plaintiff, FLORIAN WIMUNC, was injured was foreseeable to Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, and Defendant knew or should have known of the specific risks of harm to Plaintiff as result of Defendant's negligence.

15. As a direct and proximate result of the foregoing negligence, Plaintiff, FLORIAN WIMUNC, suffered bodily injury and resulting pain and suffering, impairment, disability, inconvenience, aggravation of physical disease or defect, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing case and treatment, loss of

[491887/1]

earnings, loss of ability to earn money. The injuries to Plaintiff are permanent within a reasonable degree of medical probability and Plaintiff will continue to suffer the losses in the future.

**WHEREFORE,** Plaintiff, FLORIAN WIMUNC, sues the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, for compensatory damages in an amount in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs, and demands a trial by jury.

## COUNT II – CONSORTIUM CLAIM
## AGAINST DEFENDANT FAMILY DOLLAR STORES, INC.

16. Plaintiffs reiterate and re-allege paragraphs one (1) through four (4) as if more fully set forth herein.

17. That as a direct and proximate result of the negligence of Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC, Plaintiff, FLORIAN WIMUNC, suffered significant permanent injuries resulting in permanent, total disability or disfigurement.

18. As a further result of the negligence of Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC as alleged herein, Plaintiff, LANA WIMUNC, has suffered the loss of protection, affections, temporary and permanent loss of services, support, comfort, consortium, companionship and society of her husband, FLORIAN WIMUNC, to whom she was duly married at the time, date, and place of the incident in question.

[491887/1]

**WHEREFORE**, the Plaintiff, LANA WIMUNC, demands judgment for damages in excess of Thirty Thousand Dollars ($30,000.00), costs, prejudgment interest, and all other relief this Court deems appropriate against Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, and demands trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiffs, FLORIAN WIMUNC and LANA WIMUNC, demand a trial by jury as to all issues.

Dated: 7-17-20

/akb

RAYMOND A. HAAS, ESQUIRE
Florida Bar No. 137301
HD LAW PARTNERS
Post Office Box 23567
Tampa, FL 33623
(813) 280-1366 (phone)
(800) 876-3392
(813) 254-8555 (fax)
Attorneys for Plaintiff
haas@hdlawpartners.com
breneman@hdlawpartners.com

[491887/1]